## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

U.S. Bank National Association ND,

               Plaintiff,                                Civil 05-1121 (RHK/AJB)

vs.                                            **O R D E R**

Lars and Ingrid Svensson, Wells Fargo Home
Mortgage, Inc., Wells Fargo Bank, N.A., United
States of America,

               Defendants.

---

Pursuant to the agreement of the parties, **IT IS ORDERED**:

1.  Defendants Lars and Ingrid Svensson, Wells Fargo Home Mortgage, Inc. and

Wells Fargo Bank, N.A.'s Motion to Remand (Doc. No. 6) is **GRANTED**, and this matter is

remanded to the Hennepin County District Court; and

2.  The Clerk of this Court shall mail a certified copy of this Order to the Clerk of

the Hennepin County District Court.

Dated:  July 8, 2005


                                   s/Richard H. Kyle
                                   RICHARD H. KYLE
                                   United States District Judge